FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2021 AUG -3  PM 3:06
CLERK'S OFFICE
AT BALTIMORE
BY _____TD_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. CCB 21 CR 294 |
| RYAN FARACE and JOSEPH FARACE, | |
| Defendants. | |

## MOTION TO SEAL

The United States of America, by its attorneys, Jonathan F. Lenzner, Acting United States Attorney for the District of Maryland and Dana J. Brusca, Assistant United States Attorney for said District, hereby moves this Honorable Court for an order sealing the Indictment and arrest warrant in the above-captioned matter. Disclosure of the Indictment would enable one of the defendants to evade his appearance before the Court.

**WHEREFORE**, the government requests that this Motion, the Order, the Indictment, and all other documents filed in this action be **sealed** until further order of the Court.

Respectfully submitted,

Jonathan F. Lenzner
United States Attorney

By: _____
Dana J. Brusca
Assistant United States Attorney

ORDERED as prayed, this 3rd day of August, 2021.

_____
Honorable Beth P. Gesner
United States Magistrate Judge