IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| RYAN FARACE, and JOSEPH FARACE. | * | CRIMINAL NO. CCB 21-CR-294 |
| Defendants. | * | |

\*\*\*\*\*\*\*

## MOTION TO UNSEAL

The United States of America, by its attorneys, Jonathan F. Lenzner, Acting United States Attorney for the District of Maryland, and Dana J. Brusca, Assistant United States Attorney for said District, moves this Honorable Court for an order unsealing the Indictment, and all other docket entries in the above-captioned matter. One of the defendants is in the custody of the Marshals and the other is being asked to self-surrender, thereby obviating the need to maintain the case under seal any longer.

**WHEREFORE**, the Government requests that the Indictment and all other docket entries be unsealed.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By: _____
Dana J. Brusca
Assistant United States Attorney

**ORDERED** as prayed, this 11th day of August, 2021.

_____
Honorable Deborah L. Boardman
United States Magistrate Judge