

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Dana J. Brusca*
*Assistant United States Attorneys*
*Dana.Brusca@usdoj.gov*

Suite 400
36 S. Charles Street
Baltimore, MD 21201-3119

DIRECT: 301-344-0222
MAIN: 410-209-4800
FAX: 410-962-0717

September 28, 2021

The Honorable Catherine C. Blake
United States District Court for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re: *United States v. Farace et al.*,
       Criminal No. CCB-21-294

Dear Judge Blake:

  Pursuant to the Court's order filed September 15, 2021 (ECF 8), I write regarding the status of the above-captioned case. The two defendants in this case, Ryan Farace ("R. Farace") and Joseph Farace ("J. Farace"), have each been charged in a one-count indictment charging them with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h).

  R. Farace is currently incarcerated in connection with a federal sentence imposed in 2018. Because of the ongoing global COVID-19 pandemic, the responsible federal agencies requested a period of no less than 45 days to transfer him to a facility in Maryland and further requested he quarantine for a period of 14-days before appearing in this Court on the new charges. On Tuesday, September 21, 2021, I was notified that R. Farace had arrived in Maryland. R. Farace is now set to have an initial appearance on the pending money laundering charge on October 6, 2021 (15 days after his arrival here).

  Due to the transportation issues above noted, when the indictment was unsealed, defense counsel for J. Farace and I agreed to defer J. Farace's surrender on the outstanding arrest warrant. J. Farace is now set to surrender to the U.S. Marshal Service and to appear on the pending charges on Friday, October 1, 2021.

  Following the initial appearances of the defendants on October 1 and October 6, 2021, respectively, the government expects this matter will proceed in the usual course, pending any further orders from this Court.

Dana J. Brusca, Esq.
Page  2

                                          Very truly yours,

                                          _____/s/_____

                                          Dana J. Brusca
                                          Assistant United States Attorney

cc:       Gerry Ruter, Esq. (via email)