IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No. 1:21-CR-00294-1-CCB |
| **RYAN FARACE** | * | |

******

### ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act, **IT IS HEREBY ORDERED**, this 6th day of October, 2021, that David Walsh-Little is hereby appointed to represent the individual.

/s/
_____

Catherine C Blake
UNITED STATES DISTRICT JUDGE

1