IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA    *

vs.                              *       Case No.   CCB-21-0294

RYAN FARACE              *

******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by  David Walsh-Little – ~~AFPD~~ CJA , and the Government was represented by Assistant United States Attorney  Dana Brusca , it is

**ORDERED,** this  8th  day of  October  2021 , that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

*A. David Copperthite*

_____
A. David Copperthite
United States Magistrate Judge



U.S. District Court (4/2000) Criminal Magistrate Forms: Detention by Agreement