IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | \* \* \* |
| v. | \* CRIMINAL NO. CCB-21-294 \* |
| RYAN FARACE and JOSEPH FARACE | \* \* \* |
| Defendants. | \* |

\*\*\*\*\*\*\*

## ORDER

On this date, the Court received and reviewed the Government's Consent Motion to Exclude Time Under the Speedy Trial Act.  Based upon the representations set forth in the Government's motion, and with the consent of the Defendants, it is ORDERED on this the _____ day of December, 2021, that the Government's motion is GRANTED.

It is further ORDERED that all time from November 8, 2021 through December 20, 2021 is excluded in computing the time in which the Defendant's trial in this case shall commence under the Speedy Trial Act.

In addition, based upon the representations in the Government's motion, the Court FINDS that the ends of justice served by taking this action outweigh the interest of the public and the Defendant's right to a speedy trial.  Factors considered by the Court in granting this motion include the reviewing of discovery by the Defendant, consideration and filing of any pre-trial motions, and the potential for pre-trial resolution.  Given these factors and others, the Court FINDS that it is unreasonable to expect counsel to prepare for pretrial proceedings or trial within the time limits established under 18 U.S.C. § 3161.

_____
HONORABLE CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE