**THE LAW OFFICE OF DAVID WALSH-LITTLE, LLC.**
1014 WEST 36TH STREET
BALTIMORE, MARYLAND 21211
TEL: 410.205.9337
FAX: 1.667.401.2414
EMAIL: DAVID@WALSHLITTLELAW.COM

May 24, 2022

The Honorable Catherine C. Blake
United States District Court for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:    <u>United States v. Farace, et al.</u>
              Case No. CCB-21-0294

Dear Judge Blake:

    I write regarding the status of the above referenced case. The two defendants in this case, Ryan Farace and Joseph Farace have been charged in a one count indictment with conspiracy to commit money laundering in violation of 18 U.S.C. §1956(h). Substantial discovery has been provided in this matter.

    All parties are presently engaged in plea negotiations. The parties request additional time to attempt to resolve the case short of litigation and further request that a status update be scheduled in sixty days to apprise the Court on any pre-trial resolution(s) reached by the parties or to set a motions schedule.

                                Sincerely,

                                _____/s/_____
                              David Walsh-Little, esq.

cc:    All counsel (via ECF)