IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| V. | *    CRIM. NO. CCB-21-294 |
| | * |
| **RYAN FARACE II, ET AL.,** | * |
| | * |
| **Defendant.** | * |
| | * |
| | * |
| | * |
| ******* | |

## ENTRY OF APPEARANCE

MADAM CLERK:

Please enter the appearance of Coreen Mao as counsel for the United States of America for all purposes in the above-captioned case.

         Respectfully submitted,

         Erek L. Barron
         United States Attorney


BY:  /s/
         Coreen Mao
         Assistant United States Attorney