

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | | |
|---|---|---|---|
| *Coreen Mao* | *Mailing Address:* | *Office Location:* | *DIRECT: 301-344-0112* |
| *Assistant United States Attorney* | *6500 Cherrywood Lane, Suite 200* | *6406 Ivy Lane, 8th Floor* | *MAIN: 301-344-4433* |
| *Coreen.Mao@usdoj.gov* | *Greenbelt, MD 20770-1249* | *Greenbelt, MD 20770-1249* | *FAX: 301-344-4516* |

August 1, 2022

The Honorable Catherine C. Blake
United States District Court for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

    Re:   *United States v. Farace et al.*,
              Criminal No. CCB-21-294

Dear Judge Blake:

    I write regarding the status of the above-captioned case. The two defendants in this case, Ryan Farace ("R. Farace") and Joseph Farace ("J. Farace"), have each been charged in a one-count indictment with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h). Initial appearances for J. Farace and R. Farace occurred on October 6 and 8, 2021, respectively; in addition, R. Farace had his arraignment on October 8, 2021.

    The parties have been engaged in plea negotiations, and plea offers were extended by the Government to each defendant on July 26, 2022. Each offer is currently under consideration. The Speedy Trial Clock is tolled through September 8, 2022 (ECF No. 46). The parties request that a status update be scheduled for September 8, 2022, with the understanding that should the plea offer(s) be accepted, the relevant parties will promptly reach out to the Court to schedule a hearing.

    Very truly yours,

    /s/
    Coreen Mao
    Assistant United States Attorney

cc:    David Walsh-Little, Esq. (via ECF)
        Gerry Ruter, Esq. (via ECF)