# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | |
| | * | |
| **RYAN FARACE, et al.,** | * | **CRIMINAL NO. CCB-21-294** |
| | * | |
| **Defendants.** | * | |
| | * | |

*******

## MOTION TO STRIKE APPEARANCE

Madam Clerk:

    Please strike the appearance of Dana J. Brusca as counsel for the government for all purposes in the above-captioned case.

                                          Respectfully submitted,

                                          Erek L. Barron
                                          United States Attorney

                         By:       /s/               
                                          Coreen Mao
                                          Assistant United States Attorney