

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Coreen Mao*  
*Assistant United States Attorney*  
*Coreen.Mao@usdoj.gov*

*Mailing Address:*  
*6500 Cherrywood Lane, Suite 200*  
*Greenbelt, MD 20770-1249*

*Office Location:*  
*6406 Ivy Lane, 8th Floor*  
*Greenbelt, MD 20770-1249*

*DIRECT: 301-344-0112*  
*MAIN: 301-344-4433*  
*FAX: 301-344-4516*

October 7, 2022

The Honorable Catherine C. Blake  
United States District Court for the District of Maryland  
Garmatz Federal Courthouse  
101 West Lombard Street  
Baltimore, Maryland 21201

    Re:    *United States v. Farace et al.*,  
            Criminal No. CCB-21-294

Dear Judge Blake:

    I write regarding the status of the above-captioned case. The two defendants in this case, Ryan Farace ("R. Farace") and Joseph Farace ("J. Farace"), were each charged in a one-count indictment with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h). Initial appearances for J. Farace and R. Farace occurred on October 6 and 8, 2021, respectively; in addition, R. Farace had his arraignment on October 8, 2021.

    On September 8, 2022, R. Farace pled guilty to Count One of the Indictment and sentencing is scheduled for November 30, 2022. With respect to J. Farace, the plea offer extended by the Government on July 26, 2022 remains under consideration, and the parties continue to be in communication regarding its status. Accordingly, the parties request that a further status update be scheduled for three weeks from today, on October 28, 2022, with the understanding that should the outstanding plea offer be accepted, the parties will promptly reach out to the Court to schedule a hearing. The parties also request a tolling of the Speedy Trial clock through October 28, 2022, for which the Government will file a separate consent motion and proposed order.

                                                 Respectfully submitted,

                                                 _____/s/_____  
                                                 Coreen Mao  
                                                 Assistant United States Attorney

cc:    David Walsh-Little, Esq. (via ECF)  
        Gerry Ruter, Esq. (via ECF)