IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 21-cr-00294-LKG |
| RYAN FARACE, | ) ) | Dated: December 20, 2022 |
| Defendant. | ) ) ) | |

### ORDER ON MOTION TO SEAL

On December 19, 2022, Defendant filed a motion to seal his sentencing memorandum related to this criminal matter. ECF No. 67; ECF No. 68. No objections to the motion have been filed.

The Court finds that: (1) the proposed sealed document contains sensitive information related to the Government's investigation of this criminal matter, the release of which could be prejudicial to the Government and/or Defendant and (2) there are no less restrictive alternatives to sealing that would sufficiently protect this sensitive information. And so, for good cause shown, the Court **GRANTS** Defendant's motion to seal and **DIRECTS** the Clerk's office to keep and maintain the sentencing memorandum (ECF No.68) **UNDER SEAL**.

IT IS SO ORDERED.

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge