IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. LKG-21-294** |
| | * | |
| **RYAN FARACE,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| ******** | | |

## GOVERNMENT'S MOTION TO SEAL

The United States of America hereby moves this Court for an order sealing the Government's Sentencing Memorandum and corresponding exhibits (collectively, the "Proposed Sealed Documents"). In support of this Motion, the Government states as follows:

1. The documents contain confidential and personal information related to the defendant, and prior sealed materials, which remain under seal.

2. No reasonable alternatives to sealing the documents are available.

WHEREFORE, the Government respectfully requests that the Proposed Sealed Documents be placed under seal.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:  /s/
Coreen Mao
Assistant United States Attorney