IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *  CRIMINAL NO. LKG-21-294 |
| | * |
| RYAN FARACE, | * |
| | * |
| Defendant | * |
| | * |
| ******** | |

## ORDER

Upon consideration of the motion filed by the Government to seal certain materials relating to this case, the Court having considered the reasons advanced for the requested sealing and having determined that there are no reasonable alternatives to sealing, it is this _____ day of December, 2022, HEREBY ORDERED, that the motion is GRANTED. The Clerk is directed to place the sentencing memorandum response and its corresponding exhibits under seal.

_____
Hon. Lydia Kay Griggsby
United States District Judge