# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Criminal Case No. 21-cr-00294-LKG |
| RYAN FARACE, | ) | Dated:  December 23, 2022 |
| Defendant. | ) | |

## ORDER ON MOTION TO SEAL

On December 22, 2022, the Government filed a motion to seal its sentencing memorandum related to this criminal matter.  ECF No. 70; ECF No. 71.  No objections to the motion have been filed.

The Court finds that: (1) the proposed sealed document contains sensitive information related to the Government's investigation of this criminal matter, the release of which could be prejudicial to the Government and/or Defendant and (2) there are no less restrictive alternatives to sealing that would sufficiently protect this sensitive information.  And so, for good cause shown, the Court **GRANTS** the Government's motion to seal and **DIRECTS** the Clerk's office to keep and maintain the sentencing memorandum (ECF No. 71) **UNDER SEAL**.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge